John Metsker, Esq.
CA SBN 268977
THE METSKER LAW FIRM
P.O. Box 590881
San Francisco, CA 94159
Phone: 866-342-6180
Fax: 415-500-4081
jmetsker@metskerlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA A. COLON,<br><br>                    Plaintiff,<br><br>          v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | Case No. 5:25-cv-03038-MAR<br><br>[PROPOSED]<br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of SIX THOUSAND FOUR HUNDRED SIXTY-ONE DOLLARS AND FIFTY CENTS ($6,461.50) pursuant to 28 U.S.C. § 2412(d) and costs pursuant to 28 U.S.C. § 1920 in the amount of $405.00.

DATE: 6/23/26

_____
HONORABLE MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE